## H. & T. C. R'y Co. v. W. J. Wheeler.

(No. 1496, Op. Book No. 3, p. 510.)

Appeal from Dallas County.   Opinion by White, P. J.

§ **170.** *Continuance; diligence.*   On a first application for a continuance upon the ground of the absence of material witnesses, it was not necessary to show that the witnesses' fees have been paid or tendered to them.   [Tex. Transp. Co. v. Hyatt & Henning, 54 Tex. 213.]

March 19, 1881.          Reversed and remanded.